UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYCA SHAN,<br><br>                Plaintiff,<br><br>    v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>                Defendant. | CASE NO. C24-1254 MJP<br><br>SCHEDULING ORDER |

The Court issues this Scheduling Order after reviewing the Parties' Joint Status Report (Dkt. No. 6).

| Event | Deadline |
|---|---|
| Defendant must file the Administrative Record by | March 15, 2025 |
| Each Party must file their Rule 52 Motion for Trial on the Administrative Record by | May 1, 2025 |

SCHEDULING ORDER - 1

| Each Party must file their response brief by | June 2, 2025 |
|---|---|

The Parties shall not file reply briefs in support of their Motions for Trial on the Administrative Record. The Opening and Response briefs shall be subject to a 10,000 word limit per brief. And the Motions for Trial on the Administrative Record shall be noted for decision on June 2, 2025. Should the Court wish to hold a hearing on the Motions, it will notify the Parties to find a date for oral argument.

These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

Should this case settle, counsel shall notify Grant Cogswell as soon as possible at grant_cogswell@wawd.uscourts.gov. Pursuant to GR 3(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

The clerk is ordered to provide copies of this order to all counsel.

Dated November 27, 2024.

*Marsha J. Pechman*
Marsha J. Pechman
United States Senior District Judge

SCHEDULING ORDER - 2